UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------x
In re:                                          :     Chapter 7
                                                :
JEFFREY A. GOLDBERG                             :     CASE NO. 05-51866 (AHWS)
                                                :
                                                :
            Debtor.                             :
------------------------------------------------------------x
STUDEBAKER WORTHINGTON LEASING          :
CORP.                                           :
                                                :
            Plaintiff,                          :     Adv. Proc. No.
                                                :
-against-                                       :
                                                :
JEFFREY A. GOLDBERG,                            :
                                                :
            Defendant.                          :     March 17, 2006
------------------------------------------------------------x

## COMPLAINT TO DETERMINE DISCHARGEABILITY

Plaintiff, Studebaker Worthington Leasing Corp. ("Studebaker"), through its undersigned counsel, complains as follows:

1. Studebaker is a creditor of the Debtor, Jeffrey A. Goldberg, by virtue of a guaranty of an equipment lease dated August 5, 2004 between Sound Imaging Corporation as Lessee and Studebaker Worthington Leasing Corp. as Lessor.

2. At the time of said Lease, the debtor was a natural person residing at 6 Indian Knoll Place, Greenwich, Connecticut.

3. This adversary proceeding is a core proceeding pursuant to 11 U.S.C §157(b)(2)(I) and venue is proper pursuant to 28 U.S.C §1409(a).

4. Debtor was the president and chief operating officer, sole shareholder, controlling officer and director at the time of the execution of said Lease and also held the positions of vice president, treasurer and secretary of said corporation. The Debtor approved and controlled each and every business transaction of Sound Imaging.

5. The leased equipment consisted of two (2) Acuson Cypress cardiovascular ultrasound systems which were delivered to and accepted by the Lessee.

6. The Lessee is in default of the terms of the Lease and Studebaker has instituted suit in the State of New Jersey to recover the sum of $82,832.17 plus interest, late charges, and attorneys fees and has obtained an order of the New Jersey Superior Court to replevy the equipment.

7. The Lessee, Sound Imaging Corporation, filed a petition under Chapter 11 of ther Bankruptcy Code on January 4, 2006- Case #06-10050-MS in the United States Bankruptcy Court, District of New Jersey at Newark.

8. Studebaker has been frustrated by Debtor who has resisted discovery, refused entry into the premises where the equipment is located and who, upon information and belief, has sold the equipment in pieces to third parties without the permission or consent.

9. The Debtor filed his petition in this Court in 2005 and since that date has been a debtor subject to the jurisdiction of this court.

10. By virtue of the Lease and Debtor's actions, the Plaintiff is a holder of a perfected secured claim against the Debtor in the amount of $82,832.17 plus interest, late charges and attorneys fees. That claim has been filed with this Court.

11. The Debtor has wrongfully failed to pay Plaintiff the proceeds of the sales of the equipment and plaintiff has been unsuccessful in locating the equipment.

12. When the equipment was sold, the Debtor was or should have been aware of the existence and significance of Plaintiff's security interest.

13. The Defendant Debtor's actions amount to willful and malicious injury by the Debtor to property of the plaintiff.

WHEREFORE, Plaintiff, Studebaker Worthington Leasing Corp., prays for judgment against the Debtor in the amount of $82,832.17, plus late charges and attorneys fees; and an order determimning the judgment to be nondischargeable under 11 USC §523(a)(6); and such other relief as the court deems just and proper.

PLAINTIFF, Studebaker Worthington Leasing Corp.

BY _____
Keith R. Ainsworth, Esq.
Evans, Feldman & Boyer, LLC
261 Bradley Street
P.O. Box 1694
New Haven, CT 06507-1694
(203)772-4900/(203)782-1356 fax
Fed Bar# ct08118
krainsworth@snet.net